11-29-00
PHL

AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | CASE NUMBER: 00-6329 CR-FERGUSON |
| Henry Schur | MAGISTRATE JUDGE SNOW |

I, Henry Schur, the above named defendant, who is accused of Mail Fraud, in violation of Title 18, United States Code, Section 1341, and False Statements to the Food and Drug Administration, in violation of Title 21, United States Code, Section 331(q)(2), and being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on November 29, 2000, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Henry Schur
Defendant.

Martin Jaffe, Esq.    Richard Rosenban
Counsel for Defendant

Before _____  11/29/00
UNITED STATES MAGISTRATE JUDGE

