## COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Henry Schur (surrender) | CASE NO: | 00-6329-CR-Ferguson |
| AUSA: | Bob Nicholson *present* | ATTNY: | Richard Rosenbaum *present (perm)* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance on Information | BOND REC: | 100,000 PSB |

BOND HEARING HELD - (yes)/no    COUNSEL APPOINTED: _____

___ BOND SET @ $100,000 PSB

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) ✓ Do not violate any law.
2) ✓ Appear in court as directed.
3) ✓ Surrender and/or do not obtain passports/travel documents.
4) ✓ Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) ✓ Random urine testing by Pretrial Services — after a time — PTS can delete urine testing. Treatment as deemed necessary.
6) ✓ Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) ✓ No contact with victims/witnesses.
9) ✓ No firearms.
10) Curfew:
11) ✓ Travel extended to: ~~S. Fla.~~ State of Florida
12) Halfway House
    Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

△ - advised of charges
△ - waives indictment

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

△ - sworn

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: N/A
STATUS CONFERENCE: _____

DATE: 11-29-00   TIME: 11:00am   TAPE # 00-095   PG # 3

1785 - 2340