NOV 29

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6329-CR-Ferguson

UNITED STATES OF AMERICA

vs
Henry Schur

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 11-29-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: See Bond

Telephone: _____

DEFENSE COUNSEL: Name: Richard Rosenbaum

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ 100,000 PSB

Bond hearing held: yes __x__ no ____ Bond hearing set for _____

Dated this __29__ day of November, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00- 095

cc: Clerk for Judge
U. S. Attorney
Defense Counsel
Pre-Trial Services