UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 555 66-004

UNITED STATES OF AMERICA )
           Plaintiff     ) Case Number: CR 00-6327-CR-Ferguson
                         ) REPORT COMMENCING CRIMINAL
     -vs-                )              ACTION
                         )
Schur, Henry Barnard     )
         Defendant

TO: Clerk's Office    MIAMI / FT. LAUDERDALE / W. PALM BEACH
    U.S. District Court      (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 11-29-00    10:00 (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Fraud

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 2-3-45

(6) Type of Charging Document: (check one) Information to be filed
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case # _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S, Fla

    COPY OF WARRANT LEFT WITH BOOKING OFFICE?  [ ] YES  [ ] NO

Amount of Bond: $ _____
Who set Bond: Seltzer

(7) Remarks: _____

(8) Date: 11/29/00    (9) Arresting Officer: _____

(10) Agency: SUSS     (11) Phone: _____

(12) Comments: _____