UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO: 00-6329-CR-FERGUSON

Plaintiff,

v.

HENRY SCHUR,

Defendant.
_____/

## MOTION FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE

COMES NOW the Defendant, HENRY SCHUR, by and through his undersigned counsel, and respectfully requests this Honorable Court enter an Order modifying the conditions of his pretrial release imposed by this Honorable Court, and as grounds and in support of states as follows:

1.    An Information has been filed charging the Defendant with criminal offenses.

2.    The Defendant, HENRY SCHUR, was released upon the posting of a personal surety bond and an imposition of several specific conditions.

3.    The Defendant, HENRY SCHUR, requests this Honorable Court delete the requirement that he continue to submit to urine tests as he has already submitted to three (3) unannounced tests and each has been negative for controlled substances.

4.    On January 9, 2001, undersigned counsel spoke with Assistant United States Attorney Robert Nicholson. Mr. Nicholson has authorized undersigned counsel to represent that the Government has no objection to the relief requested herein.

WHEREFORE, the Defendant, HENRY SCHUR, by and through undersigned counsel,

respectfully requests this Court modify the conditions of his pretrial release.

I HEREBY CERTIFY that a copy of the foregoing has been furnished this ⬚ day of

January 2001, to the Assistant United States Attorney, Robert Nicholson, 299 East Broward

Boulevard, Fort Lauderdale, Florida 33301 and U.S. Pretrial Services, 299 East Broward

Boulevard, #301, Fort Lauderdale, Florida 33301.

Respectfully submitted,

LAW OFFICES OF RICHARD L. ROSENBAUM
Richard L. Rosenbaum, Esquire
Attorney for the Defendant
One East Broward Boulevard
Suite 1500
Fort Lauderdale, Florida 33301
954.522.7000
Bar #: 394688

RICHARD L. ROSENBAUM

2