UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAN 3 1 2001

CLARENCE MADDOX
CLE 'H U.S. DIST. CT.
S.D. J. FLA FT. LAUD.

UNITED STATES OF AMERICA,

**CASE NO: 00-6329-CR-FERGUSON**

Plaintiff,

v.

HENRY SCHUR,

Defendant.

_____/

## O R D E R

THIS CAUSE having come on to be heard upon the Defendant, Henry Schur's, Motion

for Modification of Conditions of Pretrial Release to delete the requirement that the Defendant

submit to random urine testing, and the Court being otherwise fully advised in the premises, it is,

thereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby

*GRANTED.*

_____

_____

_____

DONE AND ORDERED in Ft. Lauderdale, Florida, this _____ day of

_____, 2001.

_____
U.S. DISTRICT COURT JUDGE

**COPIES FURNISHED:**
RICHARD L. ROSENBAUM, ESQUIRE
AUSA ROBERT NICHOLSON
U.S. PROBATION