UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6329-CR-FERGUSON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HENRY SCHUR,

Defendant.
_____/

## MOTION TO ALLOW TRAVEL

COMES NOW the Defendant, HENRY SCHUR, by and through the undersigned counsel, and respectfully requests this Honorable Court enter an Order permitting Henry Schur to travel to San Francisco, California from March 11, 2001 through March 13, 2001, and as grounds in support thereof states as follows:

1. Defendant, Henry Schur, has been released on stringent conditions of pretrial release.

2. Defendant, Henry Schur, desires to travel to San Francisco, California from March 11, 2001 through March 13, 2001 to make a presentation to Takeda Pharmaceuticals, Inc.

3. The Defendant will be traveling by commercial air carrier.

4. Defendant, Henry Schur, agrees to continue to obey all conditions of release imposed by this Honorable Court, as well as those imposed by Pretrial Services.

5. To date, Defendant, Henry Schur, has honored all of the terms and conditions of his release.

6. Granting of the instant motion shall not prejudice the Defendant nor the Government.

7. On February 22, 2001, undersigned counsel spoke with AUSA Robert Nicholson and



1

Mr Nicholson has authorized undersigned counsel to represent that the Government has [no] objection to the relief requested herein.

8. Undersigned counsel's office spoke with the Defendant's pre-trial officer, [], who advised that the Defendant is in full compliance with all pre-trial requirements and that U.S. Pre-Trial Services has no objection to the relief sought herein.

WHEREFORE, Defendant, Henry Schur, respectfully requests this Honorable Court enter an Order allowing him to travel to San Francisco, California from March 11, 2001 through March 13, 2001.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on this date, **February 23, 2001,** to the AUSA Robert Nicholson, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, and to US Pre-Trial Services, 299 East Broward Boulevard, Suite #301, Fort Lauderdale, Florida 33301.

RESPECTFULLY SUBMITTED,

LAW OFFICES OF RICHARD L. ROSENBAUM
ATTORNEY FOR DEFENDANT
ONE EAST BROWARD BLVD.
SUITE 1500
FORT LAUDERDALE, FL 33301
(954) 522-7000
(954) 522-7003 (FACSIMILE)
FLA. BAR NO: 394688

RICHARD L. ROSENBAUM