UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

**CASE NO: 00-6329-CR-FERGUSON**

Plaintiff,

v.

HENRY SCHUR,

Defendant.
_____/

## MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE
## OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

COMES NOW, the Defendant, Henry Schur, by and through his undersigned counsel, and respectfully requests this Honorable Court enter an Order enlarging the time in which objections to the Pre-Sentence Investigation Report may be filed up to and including 10 days from the date the relief sought herein is granted, and as grounds and in support thereof states as follows:

1. The Defendant, Henry Schur, entered a guilty plea to one Count of mail fraud and one Count of making false statements to the FDA.

2. Undersigned counsel has received the Pre-Sentence Investigation Report regarding the Defendant.

3. Objections to the Pre-Sentence Investigation Report are due on March 2, 2001.

4. The Defendant, Henry Grant, is scheduled for sentencing before this Honorable Court on March 23, 2001.

5. A Motion for Continuance of Sentencing is pending with this Honorable Court.

6. Undersigned counsel has had insufficient time in which to finalize the Defendant's



      objections to the Pre-Sentence Investigation Report and has been unable to meet with the Defendant due to schedule conflicts.

7. Undersigned counsel requests an additional 10 days from the date the relief sought herein is granted in which to file the contemplated objections.

8. On March 1, 2001 undersigned counsel's office spoke with AUSA Robert Nicholson who advised that the Government has no objection to the relief sought herein.

WHEREFORE, the Defendant, Henry Schur, respectfully moves this Honorable Court enter an Order enlarging the time in which objections to the Pre-Sentence Investigation Report may be filed up to and including 10 days from the date of the Order granting such relief.

      I HEREBY CERTIFY that a copy of the foregoing has been furnished this **1st of March, 2001** to: Assistant United States Attorney, Robert Nicholson, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and U.S. Pretrial Services, 299 East Broward Boulevard, #301, Fort Lauderdale, Florida 33301.

Respectfully submitted,

LAW OFFICES OF RICHARD L. ROSENBAUM
RICHARD L. ROSENBAUM, ESQ
Co-Counsel for Petitioner
One East Broward Boulevard, Suite 1500
Fort Lauderdale, Florida 33301
Telephone (954) 522-7000
Florida Bar No. 394688

BY _____
    RICHARD L. ROSENBAUM

2