UNITED STATES DISTRICT COURT  **NIGHT BOX**
SOUTHERN DISTRICT OF FLORIDA  **-FILED-**

MAR 1 2 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

UNITED STATES OF AMERICA,   CASE NO: 00-6329-CR-FERGUSON

    Plaintiff,

vs.

HENRY BERNARD SCHUR,

    Defendant.
_____/

## OBJECTIONS TO SENTENCING GUIDELINE COMPUTATION AND PRESENTENCE INVESTIGATION REPORT

COMES NOW, the Defendant, Henry Bernard Schur, by and through his undersigned counsel, and respectfully files the following objections to the Sentencing Guideline Computation and statements made in the Presentence Investigation Report, and would specifically state the following:

1. Defendant objects to Paragraph 26 of the Presentence Investigation Report concerning the Role Assessment, in that neither Schur nor Levandoski are responsible for $433,433.00 in losses.

2. Defendant objects to Paragraph 33 of the Presentence Investigation Report concerning the Specific Offense Characteristics, in that the amount of the loss is overstated.

3. Defendant objects to Paragraph 39 of the Presentence Investigation Report concerning the Adjusted Offense Level which is overstated.

4. Defendant objects to Paragraph 43 of the Presentence Investigation Report

1



concerning the Total Offense Level which is overstated.

5. Defendant objects to Paragraph 96 of the Presentence Investigation Report concerning the Guideline Provisions, in that the correct total offense level is 14 and a criminal history category of I. Accordingly, the Guideline Imprisonment Range should be 15 to 21 months.

WHEREFORE, the Defendant, Henry Bernard Schur, respectfully moves this Honorable Court to adopt the above stated changes in the Sentencing Guideline Computation and Presentence Investigation Report.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished this **12th day of MARCH, 2001**, to: Kathryn Gomez, U.S. Probation Officer, 299 East Broward Boulevard, Room 409, Ft. Lauderdale, FL 33301; and to AUSA Robert Nicholson, OFFICE OF THE U.S. ATTORNEY, 500 East Broward Boulevard, Seventh Floor, Ft. Lauderdale, FL 33301.

Respectfully submitted,

LAW OFFICES OF RICHARD L. ROSENBAUM
ATTORNEY FOR DEFENDANT
350 EAST LAS OLAS BOULEVARD
SUITE 1220 - LAS OLAS CENTRE
FORT LAUDERDALE, FLORIDA 33301
(305) 522-7007
FLA. BAR NO: 394688

RICHARD L. ROSENBAUM

C:\DOCS\GAYE\SCHUR\OBJECTIO.PSI        2