UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

**CASE NO: 00-6329-CR-FERGUSON**

Plaintiff,

v.

HENRY SCHUR and NICHOLAS
LEVANDOSKI,

Defendants.

_____/

**NIGHT BOX
FILED**

MAR 1 9 200

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## *JOINT*
## *MOTION FOR CONTINUANCE OF SENTENCING*

COME NOW, the parties, Henry Schur and Nicholas Levandoski, and by and through their undersigned counsel, and the United States of America, by and through the Office of the Attorney General, and respectfully request this Honorable Court enter an Order continuing the sentencing presently scheduled for March 23, 2001, and as grounds and in support thereof states as follows:

1. The Defendant, Henry Schur, entered a guilty plea to one Count of mail fraud and one Count of making false statements to the FDA.

2. The Defendant, Nicholas Levandoski, entered a guilty plea to one Count of mail fraud and one Count of making false statements to the FDA.

2. Sentencing in this matter has been scheduled for March 23, 2001.

3. Richard L. Rosenbaum is scheduled to be out of the State of Florida from March 16, 2001 through March 23, 2001 on a pre-paid family vacation.

4. The corporate defendant in this matter is scheduled for sentencing on March 30, 2001.

5. In the interest of judicial economy, and due to Richard L. Rosenbaum's unavailability,

it is respectfully that the sentencing scheduled for March 23, 2001 be re-scheduled for March 30, 2001.

6. This Motion is made in good faith and not for the purpose of delay or avoidance.

7. Undersigned has discussed the issues raised in this Motion with the prosecutor assigned to represent the United States, Robert Nicholson, Esq. AUSA Nicholson joins in this motion and has no objection to the relief sought herein.

WHEREFORE, the parties, respectfully moves this Honorable Court enter an Order continuing the sentencing which is presently set for March 23, 2001.

WE HEREBY CERTIFY that a copy of the foregoing has been furnished this **19th day of March, 2001** to: Assistant United States Attorney, Robert Nicholson, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and Kathryn Gomez, U.S. Pretrial Services, 299 East Broward Boulevard, #301, Fort Lauderdale, Florida 33301.

Respectfully submitted,

LAW OFFICES OF RICHARD L. ROSENBAUM  
RICHARD L. ROSENBAUM, ESQ.  
Co-Counsel for Petitioner  
350 East Las Olas Blvd., Suite 1220  
Fort Lauderdale, Florida 33301  
Telephone (954) 522-7007  
Florida Bar No. 394688  

BY _____  
RICHARD L. ROSENBAUM  

MARTIN I. JAFFE, ESQUIRE  
Co-Counsel for Petitioner  
3111 Stirling Road  
Fort Lauderdale, Florida 33310  
Telephone (954) 985-4157  
Florida Bar No. 244848  

BY _____ for  
MARTIN I. JAFFE