UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6329-CR-FERGUSON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HENRY SCHUR,

Defendant.
_____/

**NIGHT BOX FILED**

MAR 19 20

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## MOTION TO ALLOW TRAVEL

COMES NOW the Defendant, HENRY SCHUR, by and through the undersigned counsel, and respectfully requests this Honorable Court enter an Order permitting Henry Schur to travel to Chicago, IL from March 25, 2001 through March 26, 2001, and as grounds in support thereof states as follows:

1. Defendant, Henry Schur, has been released on stringent conditions of pretrial release.

2. Defendant, Henry Schur, desires to travel to Chicago, IL from March 25, 2001 through March 26, 2001 for business purposes.

3. The Defendant will be traveling by commercial air carrier.

4. Defendant, Henry Schur, agrees to continue to obey all conditions of release imposed by this Honorable Court, as well as those imposed by Pretrial Services.

5. To date, Defendant, Henry Schur, has honored all of the terms and conditions of his release.

6. Granting of the instant motion shall not prejudice the Defendant nor the Government.

7. On March 19, 2001 undersigned counsel spoke with AUSA Robert Nicholson and Mr

1

Nicholson has authorized undersigned counsel to represent that the Government has no objection to the relief requested herein.

8. On March 19, 2001 undersigned counsel spoke with Kathryn Gomez from U.S. Probation and Ms. Gomez advised that the probation office takes no position with regards to the relief sought herein.

WHEREFORE, Defendant, Henry Schur, respectfully requests this Honorable Court enter an Order allowing him to travel to Chicago, IL from March 25, 2001 through March 26, 2001.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on this date, **March 19, 2001,** to the AUSA Robert Nicholson, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, and to US Pre-Trial Services, 299 East Broward Boulevard, Suite #301, Fort Lauderdale, Florida 33301.

RESPECTFULLY SUBMITTED,

LAW OFFICES OF RICHARD L. ROSENBAUM
ATTORNEY FOR DEFENDANT
350 E. LAS OLAS BLVD.
SUITE 1220
FORT LAUDERDALE, FL 33301
(954) 522-7007
(954) 522-7003 (FACSIMILE)
FLA. BAR NO: 394688

RICHARD L. ROSENBAUM