NON-COMPLIANCE OF S.D. fla. L.R. 5.1(A)(1)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6329-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY SCHUR,

    Defendant.
_____/

## NOTICE OF ADDRESS CHANGE

COMES NOW, the undersigned counsel and notices this Honorable Court and counsel of its permanent address change:

> Law Offices of Richard L Rosenbaum
> Suite 1220 Las Olas Centre
> 350 East Las Olas Boulevard
> Fort Lauderdale, Florida 33301
>
> Telephone: 954/522-7007
> Telecopier: 954/522-7003.

Please forward all correspondence and pleadings to the above address.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on this date, **March 30, 2001,** to the AUSA Robert Nicholson, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

    LAW OFFICES OF RICHARD L ROSENBAUM
    ATTORNEY FOR DEFENDANT
    350 EAST LAS OLAS BOULEVARD
    SUITE #1220 - LAS OLAS CENTRE
    FORT LAUDERDALE, FLORIDA 33301
    TELEPHONE: 954/522-7007
    TELECOPIER: 954/522-7003
    FLORIDA BAR NUMBER: 394688

    _____
    RICHARD L ROSENBAUM