D.C.

SENTENCING MINUTES
UNITED STATES DISTRICT COURT   APR 27 2001
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6329-CR-IU77

DEFENDANT Henry B. Schur    JUDGE   WILKIE D. FERGUSON

Deputy Clerk  TROY T. WALKER    DATE April 26, 2001

Court Reporter Bayner Derkstader    USPO  R. Lermo

AUSA Robert Nicholson    Deft's Counsel Richard Rosenbaum, Esq.

COUNTS DISMISSED  All Others _____
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM    Right to appeal

JUDGMENT AND SENTENCE

Imprisonment    Years    Months  15    Counts  1 & 2

To be served concurrently

Supervised Release  3 yrs as to each (see ¶ C for details)
→ 2 yrs at 1 ; 1 yr do to at 2.
Probation    Years    Months    Counts

Comments _____

Assessment $ 200.00    Fine $ none
Restitution /Other $ 197,500.00

CUSTODY
_____ Remanded to the Custody of the U. S. Marshal Service  _____ Release on bond pending appeal
✓ Voluntary Surrender to (designated institution or U. S. Marshal Service) on 6/25/01
Commitment Recommendation: F.P.C., Eglin Airforce Base.

33