UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6329-CR-FERGUSON

UNITED STATES OF AMERICA,

　　　　Plaintiff,

vs.

HENRY SCHUR,

　　　　Defendant.
_____/

## MOTION TO ALLOW TRAVEL

COMES NOW the Defendant, HENRY SCHUR, by and through the undersigned counsel, and respectfully requests this Honorable Court enter an Order permitting Henry Schur to travel by commercial air carrier from Ft. Lauderdale, Florida to Mystic, Connecticut from from May 23, 2001 through May 28, 2001, for his daughter's graduation, and as grounds in support thereof states as follows:

1. Defendant, Henry Schur, has been released on stringent conditions of pretrial release.
2. Defendant, Henry Schur, desires to travel to Mystic, Connecticut from May 23, 2001 through May 28, 2001, for his daughter's graduation.
3. The Defendant will be traveling by commercial air carrier.
4. Defendant, Henry Schur, agrees to continue to obey all conditions of release imposed by this Honorable Court, as well as those imposed by Pretrial Services.
5. To date, Defendant, Henry Schur, has honored all of the terms and conditions of his release.
6. Granting of the instant motion shall not prejudice the Defendant nor the Government.
7. On May 3, 2001, undersigned counsel spoke with AUSA Robert Nicholson and Mr.

Nicholson has authorized undersigned counsel to represent that the Government **has no objection** to the relief requested herein.

WHEREFORE, Defendant, Henry Schur, respectfully requests this Honorable Court enter an Order allowing him to travel to from Ft. Lauderdale, Florida to Mystic, Connecticut from May 23, 2001 through May 28, 2001.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on this date, **May 7, 2001,** to the AUSA Robert Nicholson, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, and to US Pre-Trial Services, 299 East Broward Boulevard, Suite #301, Fort Lauderdale, Florida 33301

RESPECTFULLY SUBMITTED,

LAW OFFICES OF RICHARD L ROSENBAUM
ATTORNEY FOR DEFENDANT
350 EAST LAS OLAS BOULEVARD
SUITE #1220 - LAS OLAS CENTRE
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE: 954/522-7007
TELECOPIER: 954/522-7003
FLORIDA BAR NUMBER: 394688

RICHARD L ROSENBAUM