```
 1                    UNITED STATES DISTRICT COURT

 2                    SOUTHERN DISTRICT OF FLORIDA

 3                      FORT LAUDERDALE DIVISION

 4

 5    UNITED STATES OF AMERICA,    .   CASE 00-6329-CR-WDF
                                   .
 6              PLAINTIFF,          .   MIAMI, FLORIDA
                                   .   APRIL 25, 2001
 7         V.                       .
                                   .
 8    HENRY SCHUR and               .
      NICHOLAS LEVANDOSKI,         .
 9            DEFENDANT.            .
                                   .
10    . . . . . . . . . . . . . .  .

11

12

13

14              TRANSCRIPT OF SENTENCING HAD

15       BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,

16              UNITED STATES DISTRICT JUDGE.

17

18

19

20                         - - - - -

21                   PAGES 1 THROUGH 41

22                         - - - - -

23

24

25
                      BRYNN DOCKSTADER, RMR
                         (305) 523-5635
```



CASE # _____



# "Do Not Scan or Copy This Transcript."

DE # _____

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE