# United States District Court

## Southern District of Florida    200 MAY -1 PM 3 1

UNITED STATES OF AMERICA
v.

**HENRY BERNARD SCHUR, (J) 55566-004**

### JUDGMENT IN A CRIMINAL CASE

(For Offenses Committed On or After November 1, 1987)

Case Number:  **0:00CR06329-001**

Robert Nicholson, AUSA / Richard L. Rosenbaum, Esq

Defendant's Attorney

## THE DEFENDANT:

☒ pleaded guilty to count(s)   One and Two of the Information on January 11, 2001

☐ pleaded *nolo contendere* to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

APR 30 2001

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1341 | Mail Fraud | 09/21/1999 | 1 |
| 21 U.S.C. § 33 (q)(2) | Making false statements to the Food and drug Administration (FDA) | 09/21/1999 | 2 |
| 21 U.S.C. § 333 (a)(2) | | 09/21/1999 | |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s)   N/A

☒ Count(s)   N/A   are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:   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

Defendant's Date of Birth:   02/03/1945

Defendant's USM No.:   55566-004

Defendant's Residence Address:

**460 Poinciana Drive**

**hALLENDALE,**

Defendant's Mailing Address:

**460 Poinciana Drive**

**Hallandale**    FL    33009-6538

04/25/2001

Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**

**UNITED STATES DISTRICT JUDGE**

Name & Title of Judicial Officer

04/30/01

Date

DEFENDANT:    **HENRY BERNARD SCHUR, (J) 55566-004**

CASE NUMBER:    **0:00CR06329-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___15___ __month(s)__ _____ .

**As to each of counts one and two, to be served concurrently.**

☒  The court makes the following recommendations to the Bureau of Prisons:

**That the defendant is incarcerated at FPC, Eglin Air Force Base.**

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____ a.m./p.m.  on _____ .

☐  as notified by the United States Marshal.

☒  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☒  before 2 p.m. on _____06/25/2001_____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_Tray J. Wull_
_4/30/01_

Defendant ~~delivered~~ V/S on __6/25/01__ _____ to ___FPC Eglin AFB FL___

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By __J. Kaczewski__
~~Deputy U.S. Marshal~~
_LIE_