UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.                  Case No. 00-6329-CR-FERGUSON

HENRY SCHUR,
    Defendant.
_____/

## ORDER DENYING AS MOOT MOTION TO ALLOW TRAVEL

THIS MATTER is before the Court on the above-mentioned motion filed by defendant Henry Shur, of May 8, 2001. After considering the motion, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **_DENIED_**.

**DONE AND ORDERED** at Fort Lauderdale, Florida this ___6th___ day of Aug~~July~~, 2001.

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

Copies
Robert Richardson, AUSA
Richard Rosenbaum, Esq.,
U.S. Pretrial Services

