USDC FLSD 245B (Rev 3/01) - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

UNITED STATES OF AMERICA

v.

HENRY BERNARD SCHUR

Case Number: 00-6329-CR-FERGUSON

Counsel For Defendant: Richard L. Rosenbaum, Esq.,
Counsel For The United States: Robert Nicholson
Court Reporter: Brynn Dockstader

FILED AUG 14 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant pleaded guilty to Count ONE (1) AND TWO (2) of the Information.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 1341 | Mail Fraud | 09/21/1999 | 1 |
| 21 U.S.C. § 33 (q)(2) | Making false statements to the Food and Drug Administration (FDA) | 09/21/1999 | 2 |
| 21 U.S.C. § 333 (a)(2) | | 09/21/1999 | |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 02/03/1945
Deft's U.S. Marshal No.: 55566-004

Defendant's Mailing Address:
460 Poinciana Drive
Hallandale, FL 33009-6538

Defendant's Residence Address:
460 Poinciana Drive
Hallandale, FL 33009-6538

Date of Imposition of Sentence:
April 25, 2001

WILKIE D. FERGUSON, JR.
United States District Judge
August 14, 2002



No further action required by
the U.S. Marshals Service.

Edward Stubbs, acting
UNITED STATES MARSHAL

A SDUSM Barry Golden