PROB 12B                                                                                    SD/FL PACTS No. 66396
(SD/FL 9/96)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
*LENARD*
CASE NO. 00-6329-CR-~~FERGUSON~~



### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Henry Schur

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge, U.S. District Court Southern District of Florida

Date of Original Sentence: April 25, 2001

Original Offense:   Count One Mail Fraud, in violation of Title 18 U.S.C. § 1341, a Class D Felony, Count Two, Making False Statements to the Food and Drug Administration, in violation of Title 21 U.S.C. § 331(q)(2) and 333 (a)(2), a class E Felony

Original Sentence:   15 months custody Bureau of Prisons on each count to be served concurrently, three years supervised release on each count to be served concurrently, special conditions of: financial disclosure, maintain full-time legitimate employment, no self-employment without prior approval, no new lines of credit without permission, and restitution in the amount of $197,500.

Type of Supervision: Supervised Release           Date Supervision Commenced: July 26, 2003

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _ years, for a total term of _ years.
[x]   To modify the conditions of supervision as follows:

The defendant shall pay restitution at the rate of $100.00 per month until such time as the Court May alter that payment schedule in the interest of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay. These payments do not preclude the Government from using any other assets or income of the defendant to satisfy the restitution obligations.

On April 25, 2001, the SMLX corporation that was owned by Mr. Schur and his co-defendant was ordered to pay $197,500 in restitution. Through the past several months part of the corporation has been liquidated and a total of $94,562.50 has been disbursed to the victims leaving a balance of $102,937.50. A financial investigation was conducted to determine what amount the defendant could afford to pay monthly on his restitution balance. The defendant reported the house hold income and expenses on a monthly basis. The report was compared to the



PROB 12B                                                                    SD/FL PACTS No. 66396
(SD/FL 9/96)

documentation provided by the defendant, as well as the credit report obtained with the defendant's permission and the expenses were adjusted accordingly. The aggregate allowable expenses were totaled at $6,930 with a total new monthly household income of $6,473 leaving the defendant with a negative cash flow of $457. The defendant's wife obtained a $4,000 loan to help offset the expenses. The defendant only started working upon his release in August 2002, and for that year he only earned $4,960 in wages and after the joint income tax was filed, he must pay the Internal Revenue Service $1,673. The defendant has agreed to begin making payment of $125.00 per month commencing on August 1, 2003 and every month thereafter. As such, it is respectfully requested that Your Honor sign the attached petition for modifying the condition term of supervision as indicated above.

Respectfully submitted,

by    *James E. Bros*

James E. Bros
U.S. Probation Officer
Phone: (954) 769-5572
Date: July 16, 2003

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Submit a Request for _ Warrant or _ Summons


*Joan A. Lenard*
Signature of Judicial Officer

July 25, 2003
Date