SD/FL PACTS NO. 66396

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6329-CR-Lenard

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Henry B. Schur

    Defendant.
_____/



## CONSENT AGREEMENT

The United States of America and <u>Southern District of Florida</u>, hereby stipulate and agree to enter into a payment schedule to satisfy the $<u>197,000.00</u> non-federal x restitution imposed in the Judgment and Probation Commitment Order entered herein on <u>April 30th</u>, 20<u>01</u>, against Defendant <u>Henry B. Schur</u>, pursuant to the following terms.

1.    The defendant, <u>Henry B Schur</u>, shall pay the non-federal restitution balance of $<u>70,298.45</u>, plus statutory interest of <u>0%</u> [-3.82% 3.76%] to the United States of America at the rate of $<u>125.00</u> per month, beginning <u>August 1st</u>, 20<u>05</u>, and each month thereafter until the obligation is paid in full.

2.    The Defendant, <u>Henry B. Schur</u>, shall send the monthly payments by cashier's check or money order, made payable to the Clerk, U.S. District Court, Southern District of Florida (S.D. Fla)( and mailed to the:

        Clerk of the Court
        U.S. District Court
        Southern District of Florida
        Financial Section
        301 North Miami Avenue, Room 150
        Miami, Florida 33128



SD/FL PACTS NO. 66396

**The case number and defendant's name must be printed on the check.**

3.  The Defendant, <u>Henry B. Schur</u>, agrees to submit an updated Financial Statement to the United States for review annually upon demand. Upon the review of the Financial Affidavit, the monthly amount may be increased or decreased accordingly or a lump sum payment may be demanded if it is determined that the defendant has the assets to pay all or a substantial portion of the non-federal restitution.

4.  The parties agree that in the event of a default in the aforesaid monthly payments which extends beyond the due date of the third regular monthly installment, the United States shall be entitled to seek collection of the entire balance of the judgment then due and owing, by attachment, garnishment, execution or any other legal remedy.

5.  The Defendant, <u>Henry B Schur</u>, shall be obligated to notify the United States Attorney's Office, Southern District of Florida, Financial Litigation Unit, 99 NE 4th Street, Suite 300, Miami, Florida 33132, of any change of address while said judgment is outstanding.

6.  The parties agree that upon the complete satisfaction of the $<u>197,000..00</u> non-federal restitution judgment entered herein, the Defendant shall be entitled to have it marked as satisfied upon the records of this Court and upon the records of any other Court in which it may be recorded.

The parties consent to the terms of the above-specified agreement.

                                             MARCUS DANIEL JIMENEZ
                                             UNITED STATES ATTORNEY

SD/FL PACTS NO. 66396

_____    By: _____
Defendant/Henry B. Schur                Elizabeth Ruf Stein
Address: 460 Poinciana Dr Hallendale Beach   Assistant U.S. Attorney
Fl                                      Financial Litigation Unit
Phone: (954)456-9438                    99 N.E. 4th Street, #313
SSN: 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                        Miami, Florida  33132-2111
                                        Phone: (305) 961-9313
                                        Fax:  (305) 530-7195
                                        FLA Bar No: 354945
                                        Email: elizabeth.stein@usdoj.gov

_____
John E. Minnelli
U.S. Probation Officer
Address: 6100 Hollywood Blvd Hollywood , Fl
Phone: (954)769-5536
Fax: (964)967-9125


Dated this 29 day of March , 2005.