UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6329-CR-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY BERNARD SCHUR,

    Defendant.
_____/



## ORDER RATIFYING CONSENT AGREEMENT

THIS CAUSE came before the Court upon the submission by the parties of a Consent Agreement. The Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the above-specified Consent Agreement, is hereby ratified and approved. The restitution order of $197,500.00, entered on April 26, 2001, shall be paid according to the agreed schedule.

DONE AND ORDERED in Chambers, at Miami, Florida this 19 day of May, 2005.

                                            JOAN A. LENARD
                                            UNITED STATES DISTRICT JUDGE

cc:  Elizabeth Ruf Stein, AUSA
     John E. Minnelli, USPO
     Henry Bernard Schur, Defendant